# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 04/22/2018 |
| Case: 1−18−40661−nhl | Form ID: 268 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
tr     Alan Nisselson    anisselson@windelsmarx.com
aty    Kevin B Zazzera    kzazz007@yahoo.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Dawn Castagna    229 Albourne Ave    Staten Island, NY 10309−3032
smg    Office of the United States Trustee    Eastern District of NY (Brooklyn Office)    U.S. Federal Office Building    201 Varick Street, Suite 1006    New York, NY 10014

TOTAL: 2